**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**WAYLON LEE ECHOLS** **PETITIONER**

**No. 4:26-cv-00760 JM/PSH**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction ("ADC")** **RESPONDENT**

**ORDER**

Respondent Dexter Payne ("Payne"), in his response to the habeas corpus petition filed by Wayne Lee Echols ("Echols"), moves to dismiss the petition. Doc. No. 4. Payne contends the claims raised by Echols should be dismissed because they are not cognizable and because they are procedurally defaulted. That is, the grounds were not properly raised in state court and there is no legal excuse for this failure.

Echols is notified of his opportunity to respond to Paynes' response requesting dismissal. He is directed to file any opposing pleading on or before October 6, 2026. Echols' motion for order (Doc. No. 5) is DENIED. The docket report indicates Echols was served with Payne's response, and this Order provides Echols with direction on how to proceed with the case.

DATED this 10th day of September, 2026.

UNITED STATES MAGISTRATE JUDGE